**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ramona Francisca Verdugo,<br><br>    Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>    Defendant. | No. CV-25-02267-PHX-DJH<br><br>**ORDER** |

Before the Court is the parties' Stipulated Motion for Remand (Doc. 9) pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED** that the Stipulated Motion for Remand (Doc. 9) is **approved**. This case shall be **REVERSED** and **REMANDED** for further administrative proceedings. On remand, the Commissioner shall further develop the record as necessary, offer Plaintiff the opportunity for a hearing, and issue a new decision.

**IT IS FURTHER ORDERED** that the Clerk of the Court enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated this 9th day of September, 2025.

Honorable Diane J. Humetewa
United States District Judge